| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Micah G. Pratt | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | Krystan L. Pratt | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | 24-50147 | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

| 1 | American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197<br><br>Contact<br>Contact phone | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>       Value of security:<br>       Unsecured claim | Credit Card (Pratt Family Pharmacy, LLC) | $146,779.45 |
| 2 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>No | Credit Card (Myers Drug) | $44,050.88 |

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

| Debtor 1 | Micah G. Pratt |
|---|---|
| Debtor 2 | Krystan L. Pratt |

Case number (if known)   24-50147

■
☐ Yes. Total claim (secured and unsecured)
Value of security:
Unsecured claim

Contact
Contact phone

---

**3**

**Cardinal Health**
7000 Cardinal Pl
Dublin, OH 43017

What is the nature of the claim?   **Guarantee of Debt of MP Southpark Pharmacy, LLC**   $78,822.25

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:
Unsecured claim

Contact
Contact phone

---

**4**

**Chase Southwest Airlines**
P.O. Box 15298
Wilmington, DE 19850

What is the nature of the claim?   **Credit Card (Pratt Family Pharmacy, LLC)**   $139,334.51

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:
Unsecured claim

Contact
Contact phone

---

**5**

**First Federal Bank**
2313 Phelps Ave.
Littlefield, TX 79339

What is the nature of the claim?   **Penn Mutual Whole Life Insurance Beneficiary: Krystan Pratt and First Federal Bank**   $67,168.48

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
   Yes. Total claim (secured and unsecured)   $89,274.48

Contact

| Debtor 1 | Micah G. Pratt |
|---|---|
| Debtor 2 | Krystan L. Pratt |

Case number (if known)   24-50147

■
Value of security:   - $22,106.00
Unsecured claim   $67,168.48

Contact phone

---

**6**

**Huntington National Bank**
11100 Wayzata Blvd. No. 700
Minnetonka, MN 55305-5523

Contact

Contact phone

What is the nature of the claim?   **Guarntee of Debt of LPS Management Services on lease of RX Save**   $33,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

---

**7**

**Huntington National Bank**
11100 Wayzata Blvd. No. 700
Minnetonka, MN 55305-5523

Contact

Contact phone

What is the nature of the claim?   **Guarntee of Debt of LPS Management Services on lease of Med Cart**   $9,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

---

**8**

**Huntington National Bank**
11100 Wayzata Blvd. No. 700
Minnetonka, MN 55305-5523

Contact

What is the nature of the claim?   **Guarntee of Debt of LPS Management Services on lease of Med Cart**   $8,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

---

Debtor 1  Micah G. Pratt
Debtor 2  Krystan L. Pratt                                              Case number (if known)  24-50147

☐
Value of security:
Unsecured claim
Contact phone

**9**

**Live Oak Banking Company**
**1757 Tiburon Dr.**
**Wilmington, NC 28403**

What is the nature of the claim?   **Guarantee of MP Southpark Pharmacy and Pratt II Real Estate debt**   $1,283,956.92

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact
Contact phone

**10**

**Nelnet**
**121 South 13th St.**
**Lincoln, NE 68508**

What is the nature of the claim?   **Student Loan**   $53,220.74

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact
Contact phone

**11**

**Nelnet**
**121 South 13th St.**
**Lincoln, NE 68508**

What is the nature of the claim?   **Student Loan**   $3,458.31

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    Unsecured claim

Contact
Contact phone

**12**

What is the nature of the claim?   **2021 Nissan Rogue 47000 miles**   $60.00

Debtor 1  Micah G. Pratt
Debtor 2  Krystan L. Pratt                                              Case number *(if known)*  24-50147

**Nissan Finance**
P.O. Box 660577
Dallas, TX 75266

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☒ Yes. Total claim (secured and unsecured)   $17,926.00
       Value of security:                    - $17,866.00
       Unsecured claim                          $60.00

Contact
Contact phone

---

**13**

**Permian Capital**
3310 Fairmont St., Unit 5e
Dallas, TX 75201

What is the nature of the claim?   Guarantee of debt of MP Southpark Pharmacy, LLC   $97,713.63

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
       Value of security:                    -
       Unsecured claim

Contact
Contact phone

---

**14**

**Small Business Administration**
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925

What is the nature of the claim?   Guarantee of loan to MP Southpark Pharmacy LLC   $528,439.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
       Value of security:                    -
       Unsecured claim

Contact
Contact phone

---

**15**

**Small Business Administration**
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925

What is the nature of the claim?   Guarantee of loan to Littlefield Prescription Shop   $525,367.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent

| Debtor 1 | Micah G. Pratt |
|---|---|
| Debtor 2 | Krystan L. Pratt |

Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:
     Unsecured claim

Contact

Contact phone

**13**

Subaru Motor Finance
PO. Box 78232
Phoenix, AZ 85062

What is the nature of the claim?    2023 Subaru Ascent    $17,300.36
                                    15000 miles

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $52,132.36
     Value of security:                      - $34,832.00
     Unsecured claim                            $17,300.36

Contact

Contact phone

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

x _____          x _____
Micah G. Pratt                              Krystan L. Pratt
Signature of Debtor 1                       Signature of Debtor 2

Date  06/21/2024                            Date  6/21/2024